

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2022

No. 04-22-00362-CV

Steve **NUNEZ**,
Appellant

v.

Alma Idalia **NUNEZ**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34916
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On June 28 and June 29, 2022, we ordered appellant to provide written proofs to this court within ten days of the date of the orders that he had paid the reporters' fees or was entitled to appeal without paying the reporters' fees. We further ordered that, if appellant failed to respond to our orders, his brief would be due within thirty days of the date of the orders and we would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Because appellant did not timely respond and did not file a brief within thirty days of the orders, we ordered appellant to file his brief and a response regarding his untimely brief.

On August 10, 2022, court reporter Lisa A. Traslavina filed two volumes of the reporter's record. On that same date, court reporter Melinda M. Walker filed a notification of late record, requesting until August 16, 2022 to file the record. Walker's notification is **NOTED**.

On August 12, 2022, appellant filed a response to our orders and a motion for extension of time to file proof of payment of the reporters' fees and to file his brief. Appellant's motion is **GRANTED**. Appellant's proof of payment of the reporters' fees is deemed timely filed. We will consider the reporter's record in this appeal. It is **ORDERED** that appellant's brief is due within thirty days of the date the complete reporter's record is filed with this court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2022.



MICHAEL A. CRUZ, Clerk of Court